# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ANTHONY GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01291-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 10) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may respond to Plaintiff's complaint. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through January 30, 2026, to file a response to Plaintiff's complaint. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **November 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge